GEORGE W. GARMANY, Agent of the Mechanics' Savings and Loan Association, plaintiff in error, vs. YUEL G. RUST, survivor of Sims & Rust, defendant in error.

Cotton was stored with a Warehouseman in 1862, and has been stored there ever since. The rates of storage at that time were 25 cents per bale, the first month, and 12½ cents for each subsequent month. It was admitted that the custom of warehousemen was to make "no change in charges on cotton already in store." Held, that the warehouseman was entitled to collect but the rates customary at the time of the storing.

Possessory warrant. Tried before Judge VASON. At Chambers. November, 1866.

This was a possessory warrant, sued out by the plaintiff in error, against the defendant, on the 2d of November, 1866,

to recover possession of the cotton specified in the following receipt :

"Received from F. J. Champion, for G. W. Garmany, fifty-four four bales of cotton, marked and numbered as per margin, in the warehouse of Sims & Rust, at Albany, Georgia. Said bales of cotton to be delivered only to the order of the Mechanics' Savings and Loan Association, on payment of storage, (fire excepted.)

[Signed,]                          SIMS & RUST.
January 29th, 1862."

Endorsed thus, " G. W. Garmany is hereby appointed agent for the Mechanics' Savings and Loan Association to receive the cotton above referred to, and to ship the same to Hiram Roberts, President, at Savannah. Said cotton to be held until the advance and all accumulated expenses are paid.

[Signed,]                          HIRAM ROBERTS.
Savannah, January 27th, 1866."

*Admissions made by the defendant.*

1. That the Cotton was stored in the warehouse of Sims & Rust, Albany, Georgia, by —— ———— , on the — day of ———— , 18—; that subsequently it was sold to and became the property of the Savings and Loan Association, of which Hiram Roberts is President; that on the 29th of January, 1862, Sims & Rust gave to the Association their warehouse receipt for the cotton; that the receipt presented is the one given; that the signature thereto is genuine, and that Hiram Roberts' signature to the instrument on the back of said receipt, creating G. W. Garmany, agent, etc., is genuine.

2. That before the war it was the universal and uniform custom, and had been for many years, of warehousemen in Georgia, and in Albany, Georgia, to charge for storage 25 cents per bale for the first month, and 12½ cents per bale for each month thereafter ; and that by said custom, these were

the rates when this cotton was first received, and, also, when the aforesaid receipt was given.

3. That there was a like custom for warehousemen to retain cotton stored until it was ordered out by the owner.

4. That they had a right to present the accounts to the owners, at any time, for their storage; but it was the custom, most usually, to wait until the cotton was ordered out; and they did not attempt to enforce their ¶liens upon cotton for storage until after demand and a refusal to pay.

5. That at the date of the receipt presented, the war was in full progress, and most of the cotton stored during the war remained in store until the war was over, because it could not be shipped to market in consequence of the blockade.

6. That the books of Sims & Rust show who stored the cotton in dispute, to whom it belonged, and where the owners lived.

7. That John G. Cook, agent for G. W. Garmany, did, on the 13th of January, 1866, make a demand for said Cotton, and tender, in payment of storage, seven hundred dollars in gold, to which demand and tender the defendant made precisely the same reply (copied below) which he returned to the subsequent demand made by H. Morgan, attorney.

*Admissions made by the Plaintiff.*

1. That Sims & Rust received this cotton on the 29th of January, 1862, and that storage is due from that date to the present time. That the storage, when the cotton was first received, was 25 cents per bale, and 12½ cents per bale for each month thereafter. That these were the customary rates at the date of the foregoing written receipt.

2. That on the 1st of September, 1862, Sims & Rust gave notice by advertisement in one of the Albany, Macon and Augusta papers, in substance as follows:

" WAREHOUSE NOTICE.

ALBANY, GEORGIA, 1st September, 1862.

All persons having cotton stored in our warehouse are

hereby notified, that on and after the 1st day of November, 1862, our rates of storage for cotton will be 50 cents per bale for first month, and 25 cents each month thereafter.

[Signed,]                                      SIMS & RUST."

That the notices were published by all the warehousemen in Georgia, and usually gave two months notice, and all parties having cotton stored were charged the increased rates. That Sims & Rust received the customary rates of storage charged, in Confederate money when tendered. That no money was ever tendered by plaintiff in payment of the storage on the cotton in dispute, until 13th January, 1866, and then only 25 cents for the first month, and 12½ cents for each month thereafter. That similar notices to the above were published · from time to time, increasing the storage, until the surrender.

3. That since the surrender the customary rate of storage in Georgia, and in the city of Albany, on all cotton stored, has been 50 cents per bale per month. That this was an average, charged and agreed upon by all the warehousemen, and has been paid, usually, by all parties having cotton stored; and this is the amount claimed by defendant of plaintiff in the present currency.

4. That 50 cents per bale per month on cotton stored during the war, is not only the customary charge, but is reasonable and just, and only a fair compensation for the amount of labor, costs and care bestowed upon the proper protection of cotton during the war, and the value of the cotton. That owing to the exposed condition of cotton, and a general disregard of the rights of property incident to a state of war, it was worth more for storage than in a state of peace.

5. That defendant has proposed to turn over to plaintiff all of the cotton [except just enough to cover the lien for storage, and proffers to turn it all over upon payment of 50 cents per bale storage.

6. That it has been the custom. from time immemorial, for warehousemen to change their rates of storage according to

the amount of labor, care, and expense necessary in protecting property stored, but no change in charges on cotton already in store.

7. That the following are the rates of storage charged during the war, two months notice being given before each increase:

From 1st Nov. 1862, 50 cents per month, 25 cents.
" 1st March 1863, 75 " " " 50 "
" 1st Sept., 1864, $1.25 " " $1.00
" 1st April 1865, $2.25 " "

The following is the defendant's reply to the second demand made upon him:

"ALBANY, Nov. 6th, 1866.

*H. Morgan, Esq.* :

DEAR SIR :

Your communication of the 5th instant, signed as attorney for George W. Garmany, Agent, is received, in which you tender me $412 00 in currency, in payment of my claim for storage on fifty-four bales of cotton. I respectfully decline to receive the amount in full liquidation of my claim, but will receive it on account, and place the same to the credit of the owners of the cotton.

I claim storage on the fifty-four bales of cotton from January, 1862, to date, 4 years and 10 months, at 50 cents per bale per month, amounting to $1566 00. This is the customary charge of the warehouses here, and no more. I will deliver the cotton upon payment of this claim, or retain in my hands to secure it, and deliver the balance, reserving to myself the right to sell the cotton left in my hands to pay my claim when I may feel disposed to do so.

Respectfully yours,

(Signed)                                    Y. G. RUST."

The presiding Judge awarded the possession to the plaintiff, upon condition of his paying storage at the rate of 25 cents per bale for the first month, and half that rate thereafter, up to November 1st, 1862, and 50 cents per month

from then up to the time of delivery, with interest on each years' dues from the first of the succeeding year.

The plaintiff complains of this judgment as erroneous.

WALKER, J.

[1.] We reverse the judgment in this case, under the facts admitted, upon the ground that Rust is entitled to collect but twenty-five cents per bale for the first month, and twelve and a half cents for each subsequent month, with interest added on the amount due at the end of each year, up to the time the money was tendered. Judge Lumpkin and I place our decision upon the sixth " admission by plaintiff," (a very curious " admission," I must say, to come from the *plaintiff*) " 6th. That it has been the custom from time immemorial for warehousemen to change their rates of storage according to the amount of labor, care and expense necessary in protecting property stored; *but no change in charges on cotton already stored.*" By the " 2d admission made by defendant," the price of storage was, as above stated—25 cents the first month, and 12½ the second. Judge Harris thinks that the customary rates, at the time of storage became a part of the contract, and could not be changed without the consent of the plaintiff, either express or implied. *In this case* the result is the same; and we unanimously reverse the judgment of the Court below.